```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
EDWARD SAMS,                        :
                    Petitioner,     :
                                    :   07 Civ. 4600 (DLC)
         -v-                        :
                                    :        ORDER
JOHN J. DONELLI, Superintendent of Bare :
Hill Correctional Facility,         :
                    Respondent.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

    It is hereby

    ORDERED that the Order of Reference to the Honorable Ronald L. Ellis, filed on June 12, 2007, is withdrawn.

    SO ORDERED:

Dated:   New York, New York
         July 8, 2007

                                    _____
                                         DENISE COTE
                                    United States District Judge