```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
EDWARD SAMS,                            :
                          Petitioner,   :
                                        :    07 Civ. 4600 (DLC)
              -v-                       :
                                        :         ORDER
JOHN J. DONELLI, Superintendent of Bare :
Hill Correctional Facility,             :
                          Respondent.   :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    For the reasons stated in the Opinion and Order issued in this action on July 28, 2008, it is hereby

    ORDERED that petitioner Edward Sams shall make a submission to the Court on or before September 5, 2008, addressing the issue of procedural default. Failure to make such a submission will result in the dismissal of the habeas petition.

    IT IS FURTHER ORDERED that, in the event that Sams makes a timely submission pursuant to this Order, the respondent may submit a response on or before September 19, 2008.

    IT IS FURTHER ORDERED that when filing any papers with the Court, the parties shall provide a courtesy copy to Chambers by sending them to this Court's Pro Se Office, Room 230, United

States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED:

Dated:    New York, New York
           July 28, 2008

                                          DENISE COTE
                              United States District Judge

COPIES SENT TO:

Edward Sams
1385 Stebbin Avenue, Room 205
Bronx, NY 10459

Ashlyn Hope Dannelly
New York State Office of the Attorney General
120 Broadway
New York, NY 10271